Dear Mr. Abel Acosta, Clerk

82,727-02

How you Doing Sir?

Okay I've wrote you Sept 15. 2015. About My writ of Mandamus. Just to ask Have the court Received that Before i'm Received the card. which I'd Received the same Day As My Letter went out - Sept. 15. 2015. okay Now you wrote me Back Oct. 1. 2015 saying

"After A thorough search of our Records. we find that you do not have a writ of Mandamus filed in the court of criminal Appeals at this time."

okay Now I Don't understand How can that Be true. WHEN i'm Received A little white card on Sept. 15. 2015 Telling me y'all Have Received My writ of Mandamus. the # is WR-#82,727-02". that's will Be All. Thanks for your time Sir.

Sincerely

Rollin Calvin O'Neal

Return Address
Roland (Rollin) O'Neal #1706881
Coffield Unit
2661 FM 2054
Tennessee colony, Tx. 75884

THE writ # IS
"WR-82,727-02"

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 14 2015

Abel Acosta, Clerk